UNITED STATES OF AMERICA, Plaintiff–Appellee,

v.

George PETERSON and Pedro Sandoval, Defendants–Appellants.

Nos. 99–3967, 99–4159.

United States Court of Appeals, Seventh Circuit.

Feb. 6, 2001.

Rehearing Denied Feb. 6, 2001.

Before Hon. BAUER, Hon. MANION, and Hon. KANNE, Circuit Judges.

### ORDER

On consideration of the petition for rehearing filed in the above-captioned case by the plaintiff-appellee, all of the judges on the original panel have voted to deny. The petition for rehearing is therefore DENIED.

Lucien G. SENESE, Plaintiff–Appellant, Cross Appellee,

v.

CHICAGO AREA I.B. OF T. PENSION FUND, Defendant–Appellee, Cross Appellant.

Nos. 99–3666, 00–1211.

United States Court of Appeals, Seventh Circuit.

Feb. 9, 2001.

Rehearing Denied Feb. 9, 2001.

Before Hon. COFFEY, Hon. DIANE P. WOOD, and Hon. WILLIAMS, Circuit Judges.

### ORDER

On January 30, 2001, the plaintiff-appellant/cross appellee filed a petition for rehearing. All the judges on the original panel have voted to deny a rehearing. Accordingly, the petition for rehearing is DENIED.